# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)**: 24-6906

**Case Name**: Pryor, et al. v. Blackhawk Network, Inc.

**Requesting Party Name(s)**: Steve Pryor, et al.

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

**The requested new due date is:** Feb 21, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Plaintiffs-Appellees and Defendant-Appellee have been coordinating regarding filing of a responsive brief and require additional time to complete their analysis of Appellants' claims and evidence.

**Signature**: /s/ Kiley L. Grombacher     **Date**: Jan 16, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**                                1                                New 12/01/2018

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ⦿ I have **NOT** filed a previous request to extend time to file the document.
- ○ I have previously requested an extension of time to file the document.

This motion is my [_____] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

- ○ The defendant is incarcerated. The projected release date is: [_____].
- ○ The petitioner is detained.
- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** /s/ Kiley L. Grombacher    **Date** Jan 16, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**    2    *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Reply] brief.

   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: January 23, 2025

3. The brief's first due date was: January 23, 2025

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Plaintiffs-Appellees and Defendant-Appellee have been coordinating regarding filing of a responsive brief and require additional time to complete their analysis of Appellants' claims and evidence.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ Kiley L. Grombacher    **Date** Jan 16, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**　　　　　　　　　　　　　　　3　　　　　　　　　　　　　　*New 12/01/2018*