IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

In re:  Blackhawk Networks Data )
      Breach                                )          24-6906

## OPPOSITION TO MOTION TO FILE SURREPLY

Appellant David Lopez opposes the request of Class Counsel to file a surreply because: (1) The issue Class Counsel seeks to argue about, *to wit*, that the appeal at 24-4326 should be dismissed needs to be raised in case 24-4326, not here; (2) Class Counsel never sought an appeal bond related to this case, only the 24-4326 case, and to argue on a *surreply* that somehow a bond is needed to maintain this appeal when they never requested one is not appropriate; (3) Class Counsel has a duty of candor to disclose, but fails to provide new factual information, *i.e.*, their actual taxable costs on the fully briefed appeal at 24-4326. If Class Counsel discloses that information, Appellant will forthwith tender that amount as an appeal bond ending this brouhaha; (3) This Court does not need 14 more pages of angry hyperbole to discuss Appellants' attempts to render checks to the district court. The amount and timing of the payment speaks for itself..

/s/ *David Lopez*